UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK MOLIS, an individual,

                Plaintiff,

– against –

SOTHEBY'S, INC.,

                Defendant.

Case No: 1:19-cv-01987

[PROPOSED] ~~[PROPOSED]~~
**ORDER & STIPULATION**

IT IS HEREBY STIPULATED AGREED, by and between the parties in the above-captioned action, that:

(A)    service of the Summons and Complaint [ECF No. 1-1] by plaintiff Patrick Molis ("Molis") upon defendant Sotheby's, Inc. ("Sotheby's") occurred on March 8, 2019 by counsel for Sotheby's agreeing to accept service on that date;

(B)    Molis is not contesting removal of this action to this Court from the Supreme Court of the State of New York, County of New York; and

(C) the time for Sotheby's to answer, move, or otherwise respond to the Complaint is adjourned and extended from March 29, 2019 to and including April 30, 2019.

Dated: New York, New York
March 8, 2019

ORTOLI ROSENSTADT, LLP

By: _____
Marc S. Gottlieb
366 Madison Avenue, 3rd Fl.
New York, NY 10017
(212) 829-8943
msg@ortolirosenstadt.com

*Attorneys for Plaintiff*

PRYOR CASHMAN LLP

By: _____
William L. Charron
Paul S. Cossu
Felicity S. Kohn
7 Times Square
New York, NY 10036
(212) 421-4100
wcharron@pryorcashman.com
pcossu@pryorcashman.com
fkohn@pryorcashman.com

*Attorneys for Defendant*

The Court finds that Plaintiff has waived his right under 28 U.S.C. § 1441(b)(2) to contest removal on the basis of Defendant's citizenship in New York. *See Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 50 n.2 (2d Cir. 2000); *Bailey v. Texas Co.*, 47 F.2d 153, 154-55 (2d Cir. 1931) (L. Hand, J.).

SO ORDERED:
_____
U.S.D.J.
March 11, 2019